## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**TIFFANY DUKES, et al.,**                    :

    **Plaintiffs,**                    :

**vs.**                    :        **CA 08-0398-KD-C**

**AIG CASUALTY COMPANY,**  :

    **Defendant.**

## <u>ORDER</u>

After due and proper consideration of all portions of  this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 12, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of September, 2008.

        s/ Kristi K. DuBose
       **KRISTI K. DuBOSE**
       **UNITED STATES DISTRICT JUDGE**