# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIFFANY DUKES, et al.,** | : | |
| Plaintiffs, | : | |
| **vs.** | : | CA 08-0398-KD-C |
| **AIG CASUALTY COMPANY,** | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion to remand filed in this case (Doc. 6) be and the same hereby is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Clarke County, Alabama from whence it came.

**DONE** this 8th day of September, 2008.

  s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**